**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

John Willie Mack, Sr., Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2017-001570

---

Appeal From Spartanburg County
Robin B. Stilwell, Trial Judge
J. Derham Cole, DNA Court Judge
Robin B. Stilwell, PCR Court Judge

---

Unpublished Opinion No. 2019-UP-386
Submitted October 1, 2019 – Filed December 18, 2019

---

**AFFIRMED**

---

Appellate Defender Jessica M. Saxon, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Senior Assistant Deputy Attorney General Megan Harrigan Jameson, and Assistant Attorney General Johnny Ellis James, Jr., all of Columbia, for Respondent.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: S.C. Code Ann. § 17-28-60 (2014) ("The performance of counsel pursuant to this article shall not form the basis for relief in any post-conviction relief proceeding."); *State v. Jacobs*, 393 S.C. 584, 587, 713 S.E.2d 621, 622 (2011) ("[A] court must abide by the plain meaning of the words of a statute.").

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.